GUNNISON PROPERTIES, LLC, Respondent,

v.

Phyllis DAUGHERTY, Appellant.

No. ED 104466

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: April 11, 2017

Kathryn B. David, Davis & Travaglini, LLC, St. Louis, MO, for Respondent.

Elbert A. Walton, Jr., Metro Law Firm, LLC, St. Louis, MO, for Appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM

Phyllis Daugherty appeals from the trial court's Order and Judgment ("Judgment") granting possession of her property to Gunnison Properties, LLC ("Gunnison") on Gunnison's ejectment action. We affirm.

We have reviewed the briefs of the parties and the record on appeal. The Judgment was not void for lack of subject matter jurisdiction. No error of law appears. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).